UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81754-DMM

**BRANDON LANGENWALTER,**

    Plaintiff,
v.

**GULF COAST COLLECTION BUREAU INC,**

    Defendant.
_____/

**JOINT PROPOSED ORDER SETTING
PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| Date | Deadline |
|---|---|
| February 13, 2023 | Joinder of parties and claims, and amendment of pleadings. |
| August 14, 2023 | Deadline to complete all discovery. |
| August 27, 2023 | Mediation must be completed. |
| October 11, 2023 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| January 09, 2024 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| January 29, 2024 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| February 19, 2024 | Final pretrial conference |
| February 28, 2024 | Commencement of two-week trial period. |

    DONE AND ORDERED on _____, 2022.

                                                         _____
                                                         DONALD M. MIDDLEBROOKS
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record