UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81754-DMM

**BRANDON LANGENWALTER,**

    Plaintiff,

v.

**GULF COAST COLLECTION BUREAU INC,**

    Defendant.

_____/

**JOINT NOTICE OF MEDIATION**

    Plaintiff Brandon Langenwalter and Defendant Gulf Coast Collection Bureau Inc advise this Court that the Parties have agreed upon the selection of Steven Mayans to mediate this matter, with mediation scheduled for June 13, 2023, at 1:00 PM *via* remote video conference (*e.g.*, Zoom).

    DATED: January 25, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Adam Harrison Settle |
| **THOMAS PATTI, ESQ.** | **ADAM HARRISON SETTLE, ESQ.** |
| Florida Bar No. 118377 | Florida Bar No. 1026828 |
| E-mail: tom@pzlg.legal | E-mail: asettle@kdvlaw.com |
| **VICTOR ZABALETA, ESQ.** | Kaufman Dolowich Voluck |
| Florida Bar No. 118517 | 1600 John F Kennedy Blvd Suite 1030 |
| E-mail: victor@pzlg.legal | Philadelphia, Pennsylvania 19103 |
| PATTI ZABALETA LAW GROUP | Phone: 484-841-7107 |
| 3325 Northwest 55th Street | |
| Fort Lauderdale, Florida 33309 | *COUNSEL FOR DEFENDANT* |
| Phone: 561-542-8550 | |
| | |
| *COUNSEL FOR PLAINTIFF* | |